UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Liberty Mutual Fire Insurance Company</u>

          v.                Civil No. 09-cv-128-SM

<u>B&D Construction, et al</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #18, REPLY to Objection to Motion re 15 MOTION in Limine to Exclude Plaintiff's Expert Opinions, filed by B&D Construction

DATE FILED:   March 16, 2010

The document above fails to comply with:

LR 7.1(e)(2)        Nondispositive motion: reply memorandum is not permitted without prior leave of court

It is herewith ordered that the document is stricken, returned herewith to the submitting party, and must be refiled.

SO ORDERED.

March 18, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:   Counsel of Record